**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6120**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

    versus

WANI REASHA LOGAN,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., District Judge.  (CR-92-56-G, CA-94-601-2)

---

Submitted:  May 26, 1998               Decided:  June 3, 1998

---

Before MURNAGHAN and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Wani Reasha Logan, Appellant Pro Se.  Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998)), and denying his motion for reconsideration. We previously remanded a portion of this case to the district court for consideration of Appellant's challenge to his conviction under 18 U.S.C.A. § 924(c) (West Supp. 1998), in light of the Supreme Court's holding in Bailey v. United States, 516 U.S. 137 (1995). On remand, the district court vacated Appellant's § 924(c) conviction and dismissed the relevant count in the indictment. The district court's decision on remand disposes of one the claims Appellant presented on appeal.

As to Appellant's remaining claims, we have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Logan, Nos. CR-92-56-G, CA-94-601-2 (M.D.N.C. July 5 & Dec. 11, 1995). See Lindh v. Murphy, 521 U.S. ___, 65 U.S.L.W. 4557 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2